THIS DOCUMENT HAS BEEN REMOVED PURSUANT TO THE COURT'S ORDER TO SEAL.