AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Bryon Parker

APPEARANCE

CASE NUMBER: CR07-155ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brym Parker

I certify that I am admitted to practice in this court.

1-10-08
*Date*

[signature]
*Signature*

Thomas G. Briody 4167
*Print Name* *Bar Number*

91 FRIENDSHIP STREET
*Address*

PROVIDENCE RI 02903
*City* *State* *Zip Code*

(401) 751-5151 (401) 421-0876
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.