RECEIVED
DEC 27 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
BRYON PARKER

## WAIVER OF INDICTMENT

CASE NUMBER: CR07-155ML

I, BRYON PARKER, the above named defendant, who is accused of distribution of drug paraphernalia

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 10, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

BRYON PARKER
Defendant

THOMAS BRIODY, ESQ.
Counsel for Defendant

Before ______
Judicial Officer LSMJ