RECEIVED

JAN 10 2008

Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. CR 07 155ML |
| v. | : | |
| | : | Violations: 21 U.S.C. § 863. |
| BRYON PARKER, dba Classical Insights LLC, dba Research Services LLC, Defendant. | : | |

FILED
DEC 27 2007

## INFORMATION

The United States Attorney for the District of Rhode Island charges that:

### COUNT ONE

At all times relevant to this Indictment:

1. From on or about January 2005, until on or about August 2007, in the District of Rhode Island and elsewhere, the defendant, BRYON PARKER (hereafter the Defendant or PARKER) did own and operate a business under the name of Classical Insights LLC, dba Research Services LLC, located at 991 Stinson Way, Unit 407, West Palm Beach, Florida.

2. As part of his business operation, the Defendant operated a website under the name www.researchlabsupply.com. This website was used by the Defendant to advertise for sale numerous items of drug paraphernalia, as that term is defined in 21 U.S.C. § 863(d), which were primarily designed and intended to be used in the converting, preparing, injecting, and ingesting of anabolic steroids, Schedule III controlled substances.

3. Researchlabsupply.com was also utilized by the Defendant to obtain orders for drug paraphernalia and to negotiate the delivery and payment for such orders. Thus, for example, once a customer placed an order for items through Orders@Researchlabsupply.com, and paid for that

order, PARKER, would authorize the delivery of the items to the customer.

4. PARKER maintained an inventory of the items he offered for sale at a warehouse located at 991 Stinson Way, Unit 407, West Palm Beach, Florida.

5. During the course of operating this business, PARKER made thousands of deliveries of drug paraphernalia to numerous customers throughout the United States, including Rhode Island. In 2005, the gross proceeds of Classical Insights, LLC, dba Research Services, LLC, totaled approximately $240,395.00. In 2006, the gross proceeds of Classical Insights, LLC, dba Research Services, LLC, totaled $697,600.00.

6. On several occasions, as set forth more specifically in subparagraphs (a) - (c) below, PARKER, through his business, Classical Insights LLC, dba Research Services LLC, sold drug paraphernalia, as that term is defined in 21 U.S.C. § 863(d), to a customer in Rhode Island, knowing that the items sold were primarily designed and intended to be used to convert powder anabolic steroids which are Schedule III controlled substances into a liquid form that is optimal for injection into the human body:

(a) On or about November 26, 2006, the Defendant sold vials containing cottonseed oil, five sterile syringe filters, and ten clear glass bottles to a customer in Rhode Island;

(b) On or about March 1, 2007, the Defendant sold one 100 ml ampule containing Ethyl Oleate, five sterile syringe filters, and ten 20 ml glass bottles to a customer in Rhode Island;

(c) On or about August 2, 2007, the Defendant sold one 100 ml vial containing Ethyl Oleate, one 50 ml vial containing sesame oil, two 25 ml vials containing benzyl alcohol, five sterile syringe filters and ten 20 ml glass bottles, to a

customer in Rhode Island.

All in violation of 21 U.S.C. § 863.

FORFEITURE ALLEGATIONS

Upon conviction of the offense charged in Count I of the Information, defendant, BYRON PARKER, dba Classical Insights LLC, dba Research Services LLC, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part to commit, and to facilitate the commission of the said violations, including but not limited to the following:

(1) $250,000 in United States Currency, cash equivalent, and bank account balances which constitutes proceeds of the violation alleged in Count I of the Information or any property traceable to such property, including but not limited to the following:

(A) $19,055.00 in United States Currency that was seized by agents of the Food and Drug Administration, from the residence of the Defendant, 4788 Temple Drive, Delray Beach, Florida;

(B) $80,712.41 in United States Currency seized from Fidelity Investments Account No. XXX-XXX79 held in the name of the defendant, Byron Parker, and Leslie Brice;

(C) $63,829.61 in United States Currency seized from PayPal Account No. XXXXXX59 held in the name of Bryon Parker.

(D) $50,470.03 in United States Currency seized from Wachovia Account No. XXXXXX438 held in the name of Classical Insights LLC dba Research Services LLC and listing Bryon Parker as the sole signatory on the account.

(E) $5000 in United States Currency seized from Wachovia Account No. XXXX862 in the name of the defendant, Bryon Parker, 4788 Temple Drive, Delray Beach, Florida.

(2) All drug paraphernalia possessed by the defendant, as defined in 21 U.S.C. § 863(d).

**Substitute Assets**

(3) If the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or deposited with a third person;

(C) has been substantially diminished in value; or,

(D) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 545, 981(a)(1)(C) and (f), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture, including by not limited to the following:

(A) Real Property located at 991 Stinson Way, Unit 407, West Palm Beach, Florida, more fully described as :

Condominium unit 407, together with appurtenant, undivided, interest in the common elements of Belvedere West Industrial Park, a commercial condominium, according to the Declaration of Condominium recorded in Official Record Book 19593, Page 1838, Public Records of Palm Beach County, Florida, as amended in Official Record Book 20148, Page 1922, Public Records of Palm Beach County, Florida. Parcel Identification Number 00-42-43-32-03-000-0010 & 0050.

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Dated: 12/27/2007