IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR. NO. 07-155ML
:
BRYON PARKER :

ORDER OF FORFEITURE

The defendant having been adjudged guilty of the Information in the above entitled matter, and having admitted to the Forfeiture Allegations contained in the Information, which provide that the defendant, BRYON PARKER, will forfeit two hundred and fifty thousand dollars ($250,000.00) to the United States of America, which money constitutes proceeds of the violation alleged in Count I of the Information, and forfeit all drug paraphernalia possessed by the defendant, pursuant to 21 U.S.C. § 863(c); and Fed. R. Crim. P. 32.2(c)(1) providing that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment"; it is hereby

ORDERED, ADJUDGED and DECREED

1. that the defendant shall forfeit two hundred and fifty thousand dollars ($250,000.00) to the United States of America, including but not limited to the properties listed in Forfeiture Allegations Paragraphs (1)(A) - (E) of the Information, pursuant

to 21 U.S.C. § 853;

2. That the defendant shall forfeit all drug paraphernalia possessed by the defendant, pursuant to 21 U.S.C. § 863(c);

3. that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order;

4. that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

5. that the United States of America may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Foreiture to substitute property having a value not to exceed two hundred and fifty thousand dollars ($250,000.00) to satisfy this money judgment in whole or in part.

Ordered this 14th day of July, 2008.

ENTER:

Mary M. Lisi

HON. MARY M. LISI
CHIEF JUDGE
UNITED STATES DISTRICT COURT